PATY WILCOXSON v. THE STATE.

No. 19810.   Delivered June 1, 1938.
Rehearing denied October 19, 1938.

The opinion states the case.

*Wallace Hughston,* of McKinney, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is selling whisky in a dry area; the punishment, a fine of $100.00.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—We have again examined the record in the light of the motion for rehearing presented by the appellant and are constrained to conclude that the proper disposition of the appeal was made in the original opinion.

The motion for rehearing is overruled.